**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

_____

**SCOTT R. DEICHSEL,**
              **Petitioner,**

**v.**                                                         **Case No. 03-CV-1050**

**TIMOTHY DOUMA, Warden,
New Lisbon Correctional Institution,**
              **Respondent.**

_____

## **ORDER**

Before me is petitioner's motion for an additional forty-five days to file a reply to respondent's brief in opposition. I will grant petitioner's request.

Petitioner also filed a motion asking that I not grant any more extensions to respondent. Since petitioner's motion, respondent filed its brief in opposition. Thus, I will deny that motion as moot.

**THEREFORE, IT IS ORDERED** that petitioner's motion for extension of time (ECF No. 33) is **GRANTED**. Petitioner shall have an additional 45 days to file his reply to respondent's brief in opposition.

**IT IS FURTHER ORDERED** that petitioner's motion to not grant further extensions (ECF No. 31) is **DENIED** as moot.

Dated at Milwaukee, Wisconsin, this 12th day of January, 2015.

                                                                      s/ Lynn Adelman
                                                                      _____
                                                                      LYNN ADELMAN
                                                                      District Judge